UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:18-cr-474-T-33TGW

JEREMY WILLIAMS
TERRY ALONZO WILSON

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America gives notice to the Court that it will not seek criminal forfeiture of the Smith and Wesson 9mm semiautomatic pistol and 15 rounds of 9mm ammunition, identified as subject to forfeiture in the Indictment, because the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) administratively forfeited the assets on April 2, 2019.

Additionally, the United States will not seek the forfeiture of approximately $60,000 to $70,000 of jewelry stolen from the Value Pawn & Jewelry, identified as subject to forfeiture in the Indictment.  The ATF will

return the jewelry to its rightful owner after the defendant has been sentenced and all appeals have concluded.

          Respectfully Submitted,

          MARIA CHAPA LOPEZ
          United States Attorney

By:    *s/James A. Muench*
       JAMES A. MUENCH
       Assistant United States Attorney
       Florida Bar Number 472867
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       (813) 274-6000 – telephone
       E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

          *s/James A. Muench*
          JAMES A. MUENCH
          Assistant United States Attorney